# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS,

Plaintiff,

v.

UNITED STATES FOREST SERVICE,

Defendant.

CASE NO. 3:17-CV-5747-RBL

**ANSWER TO COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 8 and 15, the United States Forest Service ("Forest Service"), by its undersigned counsel, submits the following Answer and affirmative defenses to the claims and allegations in Plaintiff's Complaint.

The paragraph headings in this Answer correspond to the paragraph headings in Plaintiff's Complaint. The headings used in this Answer follow the major section headings used in Plaintiff's Complaint and are included solely for the purpose of organizational convenience in matching the answers provided herein with the allegations made in the Complaint. The "headings" are not part of Defendant's answer to the allegations. Defendant does not waive any defensive theory or agree to or admit that Plaintiff's headings are accurate, appropriate, or substantiated. When a textual sentence

ANSWER TO COMPLAINT
3:17-CV-5747-RBL- 1

DOJ - ENRD
601 D ST NW
WASHINGTON D.C. 20004
(202) 514-9269

is followed by a citation or citations, the textual sentence and its accompanying citation are referred to as one sentence.

1. The allegations in Paragraph 1 constitute Plaintiff's characterization of its case to which no response is required. To the extent a response is required, Defendant denies any violation of law and denies that Plaintiff is entitled to any relief whatsoever.

2. The allegations in sentence one of Paragraph 2 constitute Plaintiff's characterization of its case to which no response is required. To the extent a response is required, Defendant denies any violation of law and denies that Plaintiff is entitled to any relief whatsoever. Defendant admits the allegations in sentence two of Paragraph 2.

3. The allegations in Paragraph 3 constitute Plaintiff's characterization of its case to which no response is required. To the extent a response is required, Defendant denies any violation of law and denies that Plaintiff is entitled to any relief whatsoever.

4. The allegations in Paragraph 4 constitute Plaintiff's characterization of its case and conclusions of law to which no response is required. To the extent a response is required, Defendant denies any violation of law and denies that Plaintiff is entitled to any relief whatsoever.

5. The allegations in Paragraph 5 constitute Plaintiff's characterization of its case to which no response is required. To the extent a response is required, Defendant denies any violation of law and denies that Plaintiff is entitled to any relief whatsoever.

**"JURISDICTION AND VENUE"**

6. The allegations in Paragraph 6 consist of conclusions of law, which do not require a response. To the extent a response may be deemed required, the statutes cited speak for themselves and are the best evidence of their contents. Defendant denies

ANSWER TO COMPLAINT
3:17-CV-5747-RBL- 2

DOJ - ENRD
601 D ST NW
WASHINGTON D.C. 20004
(202) 514-9269

any allegations contrary to the plain language, context, or meaning of these statutes.

7. The allegations in Paragraph 7 consist of conclusions of law, which do not require a response. To the extent a response may be deemed required, the statute cited speaks for itself and is the best evidence of its contents. Defendant denies any allegations contrary to the plain language, context, or meaning of the statute.

## "PARTIES"

8. Defendant lacks the knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8 and on that basis, denies the allegations.

9. Defendant lacks the knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9 and on that basis, denies the allegations.

10. Defendant admits the allegations in Paragraph 10 and avers that the permit was fully executed on October 5, 2017.

## "FACTUAL BACKGROUND"

11. Defendant admits the allegations in sentence one of Paragraph 11. The allegations in sentence two purport to characterize the National Forest Management Act ("NFMA"), 16 U.S.C. § 1604(i), which speaks for itself and is the best evidence of its content. Defendant denies any allegations contrary to its plain language, meaning, and context. The allegations in sentence three purport to characterize the Olympic National Forest's Land and Resource Management Plan ("LRMP"), which speaks for itself and is the best evidence of its content. Defendant denies any allegations contrary to its plain language, meaning, and context.

12. Defendant admits the allegations in sentence one of Paragraph 12. The remaining allegations in Paragraph 12 purports to characterize an Environmental Assessment ("EA") issued by the U.S. Navy in 2014, which speaks for itself and is the best evidence of its content. Defendant denies any allegations contrary to its plain language, meaning, and context.

ANSWER TO COMPLAINT
3:17-CV-5747-RBL- 3

DOJ - ENRD
601 D ST NW
WASHINGTON D.C. 20004
(202) 514-9269

13. The allegations in Paragraph 13 purport to characterize the EA, which speaks for itself and is the best evidence of its content. Defendant denies any allegations contrary to its plain language, meaning, and context.

14. Defendant admits the allegations in Paragraph 14.

15. Defendant admits the allegations in Paragraph 15.

16. Defendant admits the allegations in sentence one of Paragraph 16. The allegations in sentence two purport to characterize a letter submitted to the Forest Service, which speaks for itself and is the best evidence of its content. Defendant denies any allegations contrary to its plain language, meaning, and context.

17. Defendant denies the allegations in sentence one of Paragraph 17 and avers that on July 31, 2017, the Forest Service issued a Decision Notice ("DN") and Finding of No Significant Impact ("FONSI"), however the instrument that "permits" the Navy to conduct electronic warfare training exercises is the Special Use Permit issued on October 5, 2017. The allegations in sentences two and three purport to characterize the DN/FONSI, which speaks for itself and is the best evidence of its content. Defendant denies any allegations contrary to its plain language, meaning, and context.

18. Defendant denies the allegations in Paragraph 18.

19. Defendant denies the allegations in Paragraph 19.

## "CLAIM FOR RELIEF"

20. The allegations in Paragraph 20 constitute legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations and denies any violation of law.

## "PRAYER FOR RELIEF"

The remainder of the Complaint constitutes Plaintiff's request for relief, to which no response is required. To the extent a response is required, Defendant denies any violation of the Administrative Procedure Act or NFMA, and denies that Plaintiff is entitled to the requested relief or any relief whatsoever.

ANSWER TO COMPLAINT
3:17-CV-5747-RBL- 4

DOJ - ENRD
601 D ST NW
WASHINGTON D.C. 20004
(202) 514-9269

Wherefore, Defendant requests the Court deny in all respects Plaintiff's requests for relief, dismiss the Complaint, enter judgment for Defendant, and grant Defendant such other relief as may be appropriate.

**GENERAL DENIAL**

Defendant denies any allegations of the Complaint, whether express or implied, not specifically admitted, denied, or qualified herein.

**AFFIRMATIVE DEFENSES**

1. Plaintiff has failed to state a claim upon which relief can be granted.
2. This Court lacks subject matter jurisdiction to review Plaintiff's claim.
3. Plaintiff's claim is moot.
4. Plaintiff lacks standing to bring its claim.
5. Plaintiff failed to exhaust administrative remedies.

Respectfully submitted this 29th day of December, 2017.

JEFFREY H. WOOD
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/    S. Derek Shugert*
S. Derek Shugert (OH #84188)
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Telephone: (202) 514-9269
Facsimile: (202) 305-0506
shawn.shugert@usdoj.gov

*Attorney for Defendant*

ANSWER TO COMPLAINT
3:17-CV-5747-RBL- 5

DOJ - ENRD
601 D ST NW
WASHINGTON D.C. 20004
(202) 514-9269

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 29, 2017, I electronically filed this Answer to Complaint with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant(s):

    Timothy M. Bechtold    tim@bechtoldlaw.net
    Richard Adam Smith    richard@smithandlowney.com

*/s/   S. Derek Shugert*
S. Derek Shugert (OH #84188)
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Telephone: (202) 514-9269
Facsimile: (202) 305-0506
shawn.shugert@usdoj.gov

*Attorney for Defendant*

ANSWER TO COMPLAINT
3:17-CV-5747-RBL- 6

DOJ - ENRD
601 D ST NW
WASHINGTON D.C. 20004
(202) 514-9269